

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00175-CV

| | | |
|---|---|---|
| Mote Resources, Inc. and John Phillip Mote | § | From the 271st District Court |
| | § | of Wise County (CV11-06-491) |
| v. | § | November 14, 2013 |
| Charles T. Gardner and Janice Marie Gardner | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We reverse the trial court's judgment to the extent that it (1) finds that appellant John Phillip Mote individually breached the Settlement Agreement, (2) grants appellees Charles T. Gardner and Janice Marie Gardner the remedy of specific performance of the Settlement Agreement as to John Phillip Mote individually, (3) declares the lease released as to appellant Mote Resources, Inc., (4) quiets title as to any claim by Mote Resources, Inc., and (5) awards Charles T. Gardner and Janice Marie Gardner attorney's fees against John Phillip Mote individually. We affirm the remainder of the trial court's judgment.

We remand this case to the trial court for further proceedings consistent with this opinion as to appellees' remaining pending claims against John Phillip Mote individually.

It is further ordered that appellant Mote Resources, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
Chief Justice Terrie Livingston